# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ricardo B. Marones

Plaintiff

v.

Minnesota Department of Corrections

Defendants

Case No. Civil 00-1947 RHK/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's objections is overruled. The report and recommendation is adopted. Petitioner's application for writ of habeas corpus is summarily denied. The motion to accept petition is denied. The petition is dismissed with prjudice.

DATE: September 13, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk

(8)